| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------------X | **MEMORANDUM**<br>FILENAME - P:\CRD FORMS\MEMO TO DOCKET (Rev. 3/09) |

United States of America,

       Government        Judge :  **Victoria Reznik, U.S.M.J**

   -against-            Case Number: 23cr398  NSR

Edward Blancaneaux

        Defendant(s)
-------------------------------------------------------------------X

TO:  **Honorable Nelson S. Román, United States District Judge**

  On August 4, 2023 a Rule11 allocution was taken on consent of both parties before me pursuant to your Standing Order.  Please find attached hereto the transcript of the proceeding which sets forth my Report and Recommendation for your consideration.  If I can be of any further assistance in this matter I would be pleased to do so.

Dated: August 7, 2023
White Plains, New York

                   Respectfully Submitted,

                    s/VR
                  Victoria Reznik, USMJ