UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

USA

                                                                                23 Cr. 00398-01 (NSR)

   - against -

EDWARD BLANCANEAUX,                                 ORDER ACCEPTING
                                                                            PLEA ALLOCUTION

                               Defendant.

-------------------------------------------------------X

NELSON S. ROMÁN, U.S.D.J.:

      The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Victoria Reznik, United States Magistrate Judge, dated August 4, 2023, is approved and accepted.

                                                       SO ORDERED.

                                                     _____
                                                     Hon. Nelson S. Román,
                                                     United States District Judge

Dated: White Plains, NY
         August 31, 2023.

