UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

EDWARD BLANCANEAUX,
    a/k/a "Sexy"

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2024

CONSENT PRELIMINARY ORDER
OF FORFEITURE/
MONEY JUDGMENT

23 Cr. 398 (NSR)-01

WHEREAS, on or about August 4, 2023, EDWARD BLANCANEAUX (the "Defendant"), and another, was charged in a four-count Information, 23 Cr. 398 (NSR) (the "Information"), with conspiracy to commit Hobbs Act robbery, in violation of Title 18, United States Code, Section 1951 (Count One); Hobbs Act robbery, in violation of Title 18, United States Code, Sections 1951 and 2 (Count Two); firearms use, carrying and possession, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i),(ii), and 2 (Count Three); and theft of mail, in violation of Title 18, United States Code, Sections 1708 and 2 (Count Four);

WHEREAS, the Information included a forfeiture allegation as to Counts One, Two and Four of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One, Two and Four, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One, Two and Four;

WHEREAS, on or about August 4, 2023, the Defendant pled guilty to Counts One, Two, a lesser included offense of Three, and Four of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to

Counts One, Two and Four of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), a sum of money equal to $24,298 in United States currency, representing proceeds traceable to the commission of the offenses charged in Counts One, Two, and Four of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $24,298.00 in United States currency, representing the amount of proceeds traceable to the offenses charged in Counts One, Two and Four of the Information that the Defendant personally obtained, for which the Defendant is jointly and severally liable with his co-defendant Jonathan Carrow ("Carrow"), to the extent a forfeiture money judgment is entered against Carrow in this case; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts One, Two and Four of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Timothy Ly, of counsel, and the Defendant and his counsel, Matthew Galluzzo, Esq., that:

1. As a result of the offenses charged in Counts One, Two and Four of the Information, to which the Defendant pled guilty, a money judgment in the amount of $24,298.00 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Count One, Two and Four of the Information that the Defendant

personally obtained, for which the Defendant is jointly and severally liable with his co-defendant, Carrow to the extent a forfeiture money judgment is entered against Carrow in this case, shall be entered against the Defendant.

        2.    Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant EDWARD BLANCANEAUX, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

        3.    All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

        4.    The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

        5.    Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

        6.    Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____     1/22/2024
　　　TIMOTHY LY                                                      DATE
　　　Assistant United States Attorney
　　　50 Main Street, Suite 1100
　　　White Plains, NY 10606
　　　(914) 993-1910

EDWARD BLANCANEAUX

By: _____     1/25/2024
　　　EDWARD BLANCANEAUX                          DATE

By: _____     1/25/2024
　　　MATTHEW GALLUZZO, ESQ.                    DATE
　　　Attorney for Defendant
　　　11 Broadway, #715
　　　New York, NY 10004

SO ORDERED:

_____            1/25/2024
HONORABLE NELSON S. ROMAN                    DATE
UNITED STATES DISTRICT JUDGE